

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00210 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| ROBERT CLINTON THOMAS, JR. | ) | 18 U.S.C. § 511 |
| a/k/a JORDAN BELFORT | ) | 18 U.S.C. § 1028A(a)(1) |
| a/k/a JORDAN BELL | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | 18 U.S.C. § 2314 |
| | ) | 18 U.S.C. § 2321 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

### THE CONSPIRACY

Beginning in or around January 2023 and continuing until at least December 2023, in the Middle District of Tennessee and elsewhere, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** did knowingly combine, conspire, and agree with others known and unknown to the Grand Jury, to commit the following offenses against the United States, in violation of Title 18, United States Code, Section 1956:

a.  Knowingly conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, possession, transportation, and sale of stolen motor vehicle(s), and conspiracy to commit the same, in violation of Title 18, United States Code, Sections 2312, 2313, 2314 and 371, with the intent to promote the carrying on of specified unlawful activity, that is possession, transportation, and sale of stolen motor vehicle(s), and conspiracy to commit the same;

b. Knowingly conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, possession, transportation, and sale of stolen motor vehicle(s), and conspiracy to commit the same, in violation of Title 18, United States Code, Sections 2312, 2313, 2314 and 371, with the intent to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity; and

c. While conducting and attempting to conduct such financial transactions described above, the charged defendant and others knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

a. Theft of motor vehicles;

b. Receipt, transfer, and sale of stolen motor vehicles;

c. Obtaining fraudulent title documents for said stolen motor vehicles;

d. Transferring proceeds related to the motor vehicle theft ring by wire transfers, bank deposits, cash, electronic CashApp transfers, and other means within the United States;

e. Tracking, collecting, and accounting for stolen motor vehicle debts; and

f. Using telephones and encrypted communications to aid in the possession and sale of stolen motor vehicles and motor vehicle parts;

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Beginning on or about August 11, 2023 and continuing through September 5, 2023, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** and others did unlawfully transport, transmit, and transfer commerce from Scott City, in the State of Missouri, to Nashville, in the State of Tennessee, stolen goods, wares and merchandise, that is, a 2018 Gray Harley Davidson Motorcycle of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Beginning on or about March 20, 2023 and continuing through September 5, 2023, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** and others did unlawfully transport, transmit, and transfer commerce from Lancaster, in the State of Wisconsin, to Nashville, in the State of Tennessee, stolen goods, wares and merchandise, that is, a 2022 Teal Ford Bronco of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Beginning in or about June 2023 and continuing through September 5, 2023, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** and others did unlawfully transport, transmit, and transfer commerce from Phoenix, in the State of Arizona, to

Nashville, in the State of Tennessee, stolen goods, wares and merchandise, that is, a Silver Dodge Charger of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

Beginning on or about June 20, 2023 and continuing through September 5, 2023, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** and others did unlawfully transport, transmit, and transfer commerce from Los Angeles, in the State of California, to Nashville, in the State of Tennessee, stolen goods, wares and merchandise, that is, a Gray Mercedes G-Class of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud.

All in violation of Title 18, United States Code, Sections 2314 and 2.

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about August 25, 2023, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, Victim E.D, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Sixteen of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about August 11, 2023, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, Victim D.L., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Twelve of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about August 19, 2023, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, Victim R.A., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Thirteen of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about August 19, 2023, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, Victim R.A., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Fourteen of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about August 24, 2023, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, Victim R.A., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Fifteen of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about March 20, 2023, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, Victim V.M., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to-wit: wire fraud, in violation of Title 18, United States Code, Section 1343, as charged in Count Seventeen of this Indictment, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS TWELVE THROUGH SEVENTEEN

THE GRAND JURY FURTHER CHARGES:

At all times material to this Indictment:

### Introduction

1. **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, primarily lived in Nashville, Tennessee.

2. **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** used multiple identities to purchase motor vehicles fraudulently.

### The Scheme

3. Beginning on a date unknown but no later than March 2023 and continuing through August 2023, in the Middle District of Tennessee and elsewhere, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** devised and intended to devise a scheme to defraud multiple persons by stealing their identities and obtaining bank loans

to purchase motor vehicles by means of materially false pretenses, representations, and promises, and by omissions and acts of concealment of the scheme, and in furtherance thereof used interstate wires, which scheme is described in the following paragraphs.

4. It was part of the scheme that **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** would obtain identities of various actual persons. **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** would then use the social security number, date of birth, and other identifying information about the victims and use that information to obtain financial loans in the victim's name to purchase motor vehicle(s).

5. It was further part of the scheme that **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** would fill out the applications to the various financial institutions using an online portal while in Tennessee.

6. It was further part of the scheme that **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** and others would put fraudulent VIN stickers on the motor vehicles and resell the motor vehicles to an unwitting third party. These sales were coordinated via cellular telephone and or through social media.

7. As a result of the foregoing scheme, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** received funds from various loans from financial institutions in other person's names totaling more than $200,000. After the financial loans were funded, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** would receive the motor vehicle(s) in question.

## The Wire Communications

8. On or about the dates listed in the chart below, in the Middle District of Tennessee and elsewhere, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate and foreign commerce certain writings, signs, signals, sounds, and pictures, as described below for each count, each transmission constituting a separate count:

| Count | Date | Description of Interstate Wire |
|---|---|---|
| 12 | August 11, 2023 | $45,277.46 from Eaglemark Savings Bank based in Nevada, using Victim D.L.'s identifiers, to purchase a 2018 Harley Davidson CVO Street Glide with VIN 1HD1PXL19JB950424 from Lawless Harley Davidson, located in Scotty City, Missouri. |
| 13 | August 19, 2023 | $6,672.11 from American Honda Finance Corporation based in Georgia using Victim R.A.'s identifiers to purchase a 2024 Honda GROM 125 with VIN MLHJC9215R5200441 from Castle Powersports located in Madison, Tennessee. |
| 14 | August 19, 2023 | $43,647.14 from Leaders Credit Union based in Tennessee using Victim R.A.'s identifiers to purchase a 2023 CAN AM motorcycle with VIN 3JBVNAV40PE001792 from Sloan's Motorcycles located in Murfreesboro, Tennessee. |
| 15 | August 24, 2023 | $13,698.92 from Freedom Financial based in Illinois using Victim R.A.'s identifiers to purchase a 2024 KTM 150XC-W |

| Count | Date | Description of Interstate Wire |
|---|---|---|
| | | with VIN VBKXWG231RM124635 from Castle Powersports located in Madison, Tennessee. |
| 16 | August 25, 2023 | $43,729.11 from Synchrony Credit Union based in South Dakota, using Victim E.D.'s identifiers, to purchase a 2023 CAN-AM 7VPF with VIN 3JBVEAV44PE002086 from American Motor Sports, located in Dickson, Tennessee. |
| 17 | March 20, 2023 | $71,284.42 from BMO Harris Bank, using Victim V.M.'s identifiers, to purchase a 2022 Ford Bronco with VIN 1FMEE5DPXNLB05447 from Les Mack Chevrolet, located at 212 North Madison Street, Lancaster, Wisconsin. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

COUNT EIGHTEEN

THE GRAND JURY FURTHER CHARGES:

On or about March 27, 2025, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL** did knowingly and unlawfully tamper with and alter the vehicle identification number (VIN) for a motor vehicle, to-wit: a 2025 Red Infinity QX80 having altered its VIN to read 5TFWC5DB1SX0901.

In violation of Title 18, United States Code, Section 511.

## COUNT NINETEEN

THE GRAND JURY FURTHER CHARGES:

On or about March 27, 2025, in the Middle District of Tennessee, **ROBERT CLINTON THOMAS, JR. a/k/a JORDAN BELFORT a/k/a JORDAN BELL**, did knowingly buy, receive, possess, and obtain control of, with intent to sell and otherwise dispose of, a motor vehicle, to-wit: a 2025 Red Infinity QX80, knowing that the vehicle identification number (VIN) of said vehicle had been unlawfully tampered with and altered.

In violation of Title 18, United States Code, Section 2321.

A TRUE BILL

_____
FOREPERSON

ROBERT E. MCGUIRE
ACTING UNITED STATES ATTORNEY

PHILIP H. WEHBY
ASSISTANT UNITED STATES ATTORNEY